IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARRIN S. HINES,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0169

Opinion filed November 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Darrin S. Hines, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida
Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

       The petition for writ of certiorari is denied on the merits.

ROWE, MAKAR, and KELSEY, JJ., CONCUR.